JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS A. SEAMAN, | ) | Case No. SACV06-946 AHS (MLGx) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| KELLEY MORENO, | ) | |
| Defendant. | ) | |

Plaintiff's motion for summary judgment, or in the alternative, summary adjudication, having come before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matter having been submitted and considered, and decision having been duly rendered by the Court's order of June 2, 2008,

IT IS ORDERED AND ADJUDGED that judgment is entered for plaintiff and against defendant on the Complaint.

IT IS FURTHER ORDERED AND ADJUDGED that defendant pay $300,000, plus interest of $48,510, to plaintiff on or before June 30, 2008. The judgment shall bear interest as provided by law.

```
 1            IT IS FURTHER ADJUDGED that plaintiff shall recover its
 2   costs of suit.
 3            DATED:  June 2, 2008.
```

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE

O:\ECF Ready\cv06-946.Seamn v. Moreno.Judgment.wpd